UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<div style="border">

**FILED**

NOV 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

</div>

In re: INTEL CORP. CPU
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY
LITIGATION,

------------------------------

JIMAYA GOMEZ; et al.,

                Plaintiffs - Appellants,

  v.

INTEL CORPORATION, a Delaware
corporation,

                Defendant - Appellee.

No. 22-35652

D.C. No. 3:18-md-02828-SI
U.S. District Court for Oregon,
Portland

**MANDATE**

The judgment of this Court, entered November 02, 2023, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT